UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GISSELLE VASQUEZ,<br><br>Plaintiff,<br><br>-against-<br><br>YONKERS PUBLIC SCHOOL DISTRICT, EVELINA MEDINA and DR. EDWIN M. QUEZADA, in their personal and professional capacities,<br><br>Defendant. | Case No.: 7:21-cv-04620-VR |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EVELINA MEDINA PURSANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Federal Rule of Civil Procedure 41(a)(2) permits an action to be dismissed "at the plaintiff's request" by court order on terms that the court deems proper. In light of the statements of Plaintiff that she "does not oppose dismissal of claims against Defendant Evelina Medina" (ECF Doc. No. 88 at I, fn.1) and that "Plaintiff does not oppose Defendant Medina's motion for summary judgment (*id.* at iii), and in accordance with this Court's Order dated March 12, 2024: This matter is **DISMISSED** *with prejudice* pursuant to **Fed.R.Civ.P. 41(a)(2)** against Defendant Evelina Medina only.

**IT IS SO ORDERED.**

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

Dated: 3/15/24