UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GISSELLE VASQUEZ,

                Plaintiff,                21 **CIVIL** 4620 (VR)

    -against-                      **JUDGMENT**

YONKERS PUBLIC SCHOOL DISTRICT,
DR. EDWIN M. QUEZADA.

                Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2024, Defendants' joint motion for summary judgment is GRANTED.

**Dated:** New York, New York
       March 29, 2024

                                                      **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                              **BY:**
                                                    _____
                                                             **Deputy Clerk**